No. 3460.—FOSSAS ET AL., QUERELLANTES-APLDOS., *v.* ACEVEDO, QUERELLADO-APLTE.—C. D. San Juan, Distrito 2°. Enero 27, 1925. Siendo el único error que se alega el de no haber incluído la corte sentenciadora los desembolsos y honorarios

de abogado como parte de las costas y no habiéndose demostrado que abusara de su poder discrecional, *se confirma la sentencia apelada.*